1

2

3

4

5

6

7

8

9

10

11

12 **UNITED STATES DISTRICT COURT**

13 **CENTRAL DISTRICT OF CALIFORNIA**

14

15

| | |
|---|---|
| MICHAEL ISSAKHANI, an individual, ) | **Case No. 2:15-cv-09709-R-PJW** |
| ) | **Assigned to Honorable Manuel L. Real** |
| Plaintiff, ) | |
| ) | **ORDER ENTERING STIPULATED** |
| v. ) | **PROTECTIVE ORDER** |
| ) | **GOVERNING THE USE AND** |
| U.S. BANCORP, a Minnesota ) | **DISCLOSURE OF CONFIDENTIAL** |
| corporation, AND DOES 1 through 50, ) | **INFORMATION** |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

22

23

24

25

26

27

28

ORDER ENTERING STIPULATED PROTECTIVE ORDER
2:15-CV-09709-R-PJW

Before the Court is the Stipulated Protective Order Governing the Use and Disclosure of Confidential Information signed by counsel of record and filed on June 15, 2016. Having read the Stipulated Protective Order, the Court rules as follows:

IT IS HEREBY ORDERED that the Stipulated Protective Order filed on June 15, 2016, is entered in this case.

Dated:  June 16, 2016

_____
The Honorable Manuel L. Real
U.S. DISTRICT JUDGE

Submitted by:
WINSTON & STRAWN LLP

By:  __/s/  Emilie C. Woodhead____
        Emilie C. Woodhead
        Attorneys for Defendant
        U.S. BANK NATIONAL ASSOCIATION
        (erroneously sued as "U.S. Bancorp")